## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**GLORIA RUIZ**

**Debtor**

| | |
|---|---|
| Chapter: | **7** |
| Case Number: | **5-02-bk-00913-JJT** |
| Document No.: | **78** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

# ORDER

Upon consideration of the Petition for Unclaimed Funds (Doc. #78) filed in the above-caption bankruptcy case, **IT IS HEREBY**

**ORDERED** that **HEARING** on the above-referenced matter will be held on **Thursday, January 5, 2017**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, at which time the Petitioner shall set forth the legal authority under Puerto Rican law for their ability to collect this asset.

By the Court,

_____

John J. Thomas, Bankruptcy Judge

(CMS)

Date: December 7, 2016