```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 02-00913-JJT
Gloria Ruiz                                                     Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: CSisk             Page 1 of 1              Date Rcvd: Dec 07, 2016
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: cmecf@dilksknopik.com Dec 07 2016 19:13:56      Brian J. Dilks,
                Dilks & Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              David   Banks    on behalf of Debtor Gloria   Ruiz bbwlaw@yahoo.com
              David   Banks    on behalf of Trustee Robert P. Sheils, Jr (Trustee) bbwlaw@yahoo.com
              David W. Skutnik    on behalf of Debtor Gloria   Ruiz dwslaw@ptd.net,    patsmith.1011@yahoo.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Judith   Daley    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jdaley@lockslaw.com,
               jcanfield@lockslaw.com
              Robert P. Sheils, Jr    on behalf of Trustee Robert P. Sheils, Jr (Trustee) RSheils@SheilsLaw.com,
               tvelez@sheilslaw.com;rmcdonald@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

**GLORIA RUIZ**

**Debtor**

| | |
|---|---|
| Chapter: | 7 |
| Case Number: | 5-02-bk-00913-JJT |
| Document No.: | 78 |
| Nature of Proceeding: | Petition for Unclaimed Funds |

# ORDER

Upon consideration of the Petition for Unclaimed Funds (Doc. #78) filed in the above-captioned bankruptcy case, **IT IS HEREBY**

**ORDERED** that **HEARING** on the above-referenced matter will be held on **Thursday**, **January 5, 2017**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, at which time the Petitioner shall set forth the legal authority under Puerto Rican law for their ability to collect this asset.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: December 7, 2016